CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY | § | IN THE DISTRICT COURT OF |
| Plaintiff, | §§§ | |
| V. | §§ | ANDERSON COUNTY, TEXAS |
| MARGARETT JORDAN ROYALTIES, INC., et al. | §§§§ | |
| Defendants. | §§ | 87TH JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for Summary Judgment filed in this cause by Defendant Kaiser-Francis Oil Company ("Kaiser-Francis"). The Court, having examined the pleadings timely filed, the motions for summary judgment, the response filed by the Plaintiff, and the summary judgment evidence, determined that Defendant Kaiser-Francis is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey taking nothing against Defendant Kaiser-Francis Oil Company and that all claims asserted by Plaintiff against Defendant Kaiser-Francis Oil Company are denied. Judgment is entered for Defendant Kaiser-Francis Oil Company.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this _____4_____ day of ~~November~~ December 2012.

_____
JUDGE PRESIDING

I

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY<br>    Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | ANDERSON COUNTY, TEXAS |
| MARGARETT JORDAN ROYALTIES,<br>INC., et al<br>    Defendants | §<br>§<br>§<br>§ | 87th JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for Summary Judgment filed in this cause by Defendant West Mountain Operating Co. Inc. The Court, after examining the pleadings timely filed, the motions for summary judgment, the response filed by Plaintiff, and the summary judgment evidence, determined that Defendant is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey take nothing against all Defendants and that all claims asserted by Plaintiff are denied.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this __4__ day of ___December___, 2012.

_____
JUDGE PRESIDING

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | ANDERSON COUNTY, TEXAS |
| | § | |
| MARGARETT JORDAN ROYALTIES, | § | |
| INC., et al | § | |
| Defendants | § | 87th JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for Summary Judgment filed in this cause by Defendant Goldston Oil Corporation. The Court, after examining the pleadings timely filed, the motions for summary judgment, the response filed by Plaintiff, and the summary judgment evidence, determined that Defendant is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey take nothing against all Defendants and that all claims asserted by Plaintiff are denied.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this 4 day of _____, 2012.

JUDGE PRESIDING

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY<br>Plaintiff | §<br>§ | IN THE DISTRICT COURT OF |
| V. | § | ANDERSON COUNTY, TEXAS |
| MARGARETT JORDAN ROYALTIES,<br>INC., ET AL<br>Defendants | §<br>§<br>§ | 87th JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for Summary Judgment filed in this cause by Defendant Southwest Operating, Inc. The Court, having examining the pleadings timely filed, the motions for summary judgment, the response filed by Plaintiff, and the summary judgment evidence, determined that Defendant Southwest Operating, Inc. is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey take nothing against all Defendants and that all claims asserted by Plaintiff are denied.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this ___4___ day of _____, 2012.

_____
JUDGE PRESIDING

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY<br>Plaintiff | §<br>§ | IN THE DISTRICT COURT OF |
| V. | § | ANDERSON COUNTY, TEXAS |
| MARGARETT JORDAN ROYALTIES,<br>INC., ET AL<br>Defendants | §<br>§<br>§ | 87th JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for Summary Judgment filed in this cause by Defendant Culver & Cain Production, LLC. The Court, having examining the pleadings timely filed, the motions for summary judgment, the response filed by Plaintiff, and the summary judgment evidence, determined that Defendant Culver & Cain Production, LLC is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey take nothing against all Defendants and that all claims asserted by Plaintiff are denied.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this _____4_____ day of _____,2012.

_____
JUDGE PRESIDING

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| V. | § | ANDERSON COUNTY, TEXAS |
| | § | |
| MARGARETT JORDAN ROYALTIES, | § | |
| INC., ET AL. | § | |
| Defendants | § | 87TH JUDICIAL DISTRICT |

## ORDER GRANTING CARRIZO OIL & GAS, INC.'S MOTION FOR A NO EVIDENCE SUMMARY JUDGMENT

On October 26, 2012, the Court heard the Motion for a No Evidence Summary Judgment filed in this cause by Defendant, Carrizo Oil & Gas, Inc. The Court, after examining the pleadings timely filed, the motions for summary judgment, the response filed by Plaintiff, and the summary judgment evidence, determined that Defendant is entitled to summary judgment as follows:

IT IS ORDERED that Plaintiff Christopher Joel Davey take nothing against all Defendants and that all claims asserted by Plaintiff are denied.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

Signed on ___*12-4-12*___.

_____
Judge Presiding

CAUSE NO. 87-11313

| | | |
|---|---|---|
| CHRISTOPHER JOEL DAVEY | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 87TH JUDICIAL DISTRICT |
| | § | |
| MARGARET JORDAN ROYALTIES, | § | |
| INC., ET AL. | § | ANDERSON COUNTY, TEXAS |

## FINAL JUDGMENT

Upon considering the Motion for a No Evidence Summary Judgment filed by Defendants, Exxon Mobil Corporation and Hunt Oil Company, the Response of Plaintiff, Christopher Joel Davey, and the entire record in this case, the Court finds that such Motion should be GRANTED.

IT IS ORDERED that the Motion for a No Evidence Summary Judgment filed by Defendants, Exxon Mobil Corporation and Hunt Oil Company, is hereby GRANTED. Plaintiff, Christopher Joel Davey, shall take nothing in this action and shall pay all costs of court. This is a final judgment disposing of all parties and issues, and is subject to the right of appeal. All relief not expressly granted herein is hereby denied.

SIGNED on _____12-6-____, 2012.

_____
JUDGE PRESIDING